IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| CHRISTINA YEOMAN | PLAINTIFF |
| v. | CASE NO. 5:17-cv-00435-KKC |
| UNIVERSITY OF KENTUCKY et al. | DEFENDANTS |

*** *** *** ***

### MOTION FOR LEAVE TO FILE AMENDED VERIFIED COMPLAINT

Comes the Plaintiff, Christina Yeoman, by counsel, and pursuant to Fed. R. Civ. Proc. 15, hereby moves this Honorable Court for leave to file the attached Amended Verified Complaint in the above-captioned matter.

Plaintiff's tendered Amended Verified Complaint adds Linda Smitha, in her official capacity as Director of the University of Kentucky's Student Account Services, as a Defendant, and removes Defendants, Equifax Information Services, LLC and Global Payments Direct, Inc. d/b/a Heartland ECSI based on these Defendants' settlements with Plaintiff. Because this case was only recently filed, and the parties have yet to engage in any discovery, the filing of Plaintiff's Amended Verified Complaint will not prejudice any party.

Respectfully submitted,

/s/ David W. Hemminger
David W. Hemminger
Hemminger Law Office
616 South Fifth Street
Louisville, Kentucky 40202
hemmingerlawoffice.@gmail.com
(502) 443-1060 - telephone
(502) 589-3004 - facsimile
**Counsel for Plaintiff, Christina Yeoman**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                               /s/ David W. Hemminger