# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| CHRISTINA M. YEOMAN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 5:17-cv-00435-KKC |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Christina M. Yeoman, and the Defendant, Weltman, Weinberg & Reis Co. PSC, each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Weltman, Weinberg & Reis Co. PSC are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
Fax 502-873-5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff, Christina Yeoman*

*/s/ Gregory Scott Berman (with permission)*
Gregory Scott Berman
Wyatt, Tarrant & Combs, LLP - Louisville
500 W. Jefferson Street
PNC Plaza, Suite 2800
Louisville, KY 40202-2898
502-562-7362
Fax: 502-589-0309
Email: gberman@wyattfirm.com
*Counsel for Defendant, Weltman, Weinberg & Reis Co. PSC*

*/s/ Jordan M. White (with permission)*
Jordan M. White
Wyatt, Tarrant & Combs, LLP - Louisville
500 W. Jefferson Street
PNC Plaza, Suite 2800
Louisville, KY 40202-2898
502-562-7346
Fax: 502-589-0309
Email: jwhite@wyattfirm.com
*Counsel for Defendant, Weltman, Weinberg & Reis Co. PSC*