UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:17-cv-00435-CHB
*-Electronically Filed-*

CHRISTINA M. YEOMAN     PLAINTIFF

v.

LINDA SMITHA IN HER OFFICIAL
CAPACITY AS DIRECTOR OF STUDENT
ACCOUNT SERVICES     DEFENDANT

## AGREED ORDER OF DISMISSAL

This matter having come before the Court upon the Motion to Dismiss filed by Defendant Linda Smitha, in her official capacity as Director of Student Account Services, and the Court being sufficiently advised, it is hereby ordered that the Motion be granted and that all claims against Linda Smitha, in her official capacity as Director of Student Account Services in this matter be dismissed, with prejudice, each party to bear its own costs and fees. This Order disposes of all remaining claims in this action and the case shall be stricken from the Court's active docket.

AGREED TO:

/s/ *David W. Hemminger (with permission)*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40202
hemmingerlawoffice@gmail.com
Counsel for Plaintiff, Christina Yeoman


/s/ *Bryan Howard Beauman*
Bryan Howard Beauman
Sturgill, Turner, Barker & Moloney PLLC
333 W. Vine Street
Suite 1500
Lexington, KY 40507
bbeauman@sturgillturner.com
Counsel for Defendant Linda Smitha in her official capacity