UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CHRISTINA M. YEOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:17-CV-435-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| WELTMAN, WEINBERG & REIS, CO., PSC, et al., | ) | **AGREED ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter having come before the Court upon the Motion to Dismiss filed by Defendant Linda Smitha [R. 38], in her official capacity as Director of Student Account Services, and the Court being sufficiently advised, it is hereby ordered that the Motion be granted and that all claims against Linda Smitha, in her official capacity as Director of Student Account Services, in this matter be dismissed, with prejudice, each party to bear its own costs and fees. This Order disposes of all remaining claims in this action and the case shall be stricken from the Court's active docket.

This the 11th day of July, 2018.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY